**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANITA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-00894-SRC |
| | ) | |
| EXPRESS SCRIPTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR ARBITRATION AND**
**JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**

Plaintiff Danita Davis ("Plaintiff") and Defendant Express Scripts, Inc. ("Defendant") (collectively referred to as "the Parties") respectfully request that this action be stayed pending arbitration pursuant to a binding arbitration agreement (the "Arbitration Agreement") between the Parties. Specifically, Plaintiff and Defendant entered into an agreement to arbitrate certain claims that may arise between the parties, including those that are the subject of this lawsuit. The Parties agree that arbitration of these claims is appropriate. In support of this Stipulation and Joint Motion, the Parties state as follows:

1.      On June 9, 2026, Plaintiff filed a Complaint in this Court asserting claims of race discrimination, age discrimination, hostile work environment, and retaliation under Title VII of the Civil Rights Act of 1964 ("Title VII") and the Age Discrimination in Employment Act ("ADEA"), arising from Plaintiff's termination of employment on February 3, 2025.

2.      Shortly after the Complaint was filed, Defendant's counsel notified Plaintiff's counsel that Plaintiff had signed the Arbitration Agreement during her employment with Defendant.

3. Under the Arbitration Agreement, claims arising from Plaintiff's employment, including the claims raised in this matter, are to be submitted to binding arbitration. Specifically, the Arbitration Agreement provides that covered disputes, including claims arising under Title VII, the ADEA, and related employment statutes, "shall be resolved by final and binding arbitration in accordance with the Employment Arbitration Rules of the American Arbitration Association ('AAA Rules') then in effect, and not by court or jury trial".

4. After further discussion, the Parties stipulate and agree that the Arbitration Agreement is valid and enforceable.

5. The Parties further stipulate and agree that Plaintiff's claims are within the scope of the Arbitration Agreement.

6. Accordingly, the Parties jointly stipulate and agree to submit this entire action to final and binding arbitration in accordance with the Arbitration Agreement before a neutral arbitrator to be mutually selected by the Parties at the American Arbitration Association, under its Employment/Workplace Arbitration Rules.

7. The Parties respectfully request that this action be stayed pending the outcome of the arbitration.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Eric A. Todd*
Eric A. Todd, #46919MO
Anna J. Laughlin, #78062MO
7700 Bonhomme Avenue, Suite 650
St. Louis, MO  63105
Telephone:  314-802-3935
Facsimile:  314-802-3936
eric.todd@ogletree.com
anna.laughlin@ogletree.com

ATTORNEYS FOR DEFENDANT
EXPRESS SCRIPTS, INC.

**BARRETT & FARAHANY**

/s/ *Alan G. Crone*
Alan G. Crone, #73285MO
Alexander William Gass, #72810MO
88 Union Avenue, 4th Floor
Memphis, TN 38103
Telephone: 901-737-7740
Fax: 901-474-7926
acrone@justiceatwork.com
agass@justiceatwork.com

ATTORNEYS FOR PLAINTIFF
DANITA DAVIS

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 31, 2026, the foregoing was electronically filed with the Court's electronic filing system and was thereby served upon the following counsel of record:

Alan G. Crone
Alexander William Gass
BARRETT & FARAHANY
acrone@justiceatwork.com
agass@justiceatwork.com


Attorneys for Plaintiff

*/s/ Eric A. Todd*
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

DANITA DAVIS,                                )
                                             )
    Plaintiff,                           )
                                             )
v.                                           )          Case No. 4:26-cv-00894-SRC
                                             )
EXPRESS SCRIPTS, INC.,                       )
                                             )
    Defendant.                           )

**[PROPOSED] ORDER COMPELLING ARBITRATION
AND STAYING PROCEEDINGS**

Upon consideration of the Parties' Stipulation for Arbitration and Joint Motion to Stay

Proceedings Pending Arbitration, and for good cause shown, it is hereby

**ORDERED** that the Parties' Joint Motion is GRANTED;

**ORDERED** that the Parties shall proceed to arbitration in accordance with their Arbitration

Agreement;

**ORDERED** that all proceedings in this action are STAYED pending completion of

arbitration; and

**ORDERED** that the Parties shall file a joint status report within thirty (30) days of the

conclusion of the arbitration proceedings.

SO ORDERED this ___ day of _____, 2026.

_____

Honorable Stephen R. Clark
UNITED STATES DISTRICT JUDGE

5